

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2015

No. 04-15-00683-CV

Barton **WADE** and Mary Wade,
Appellants

v.

**SA**BR **MORTGAGE LOAN 2008-1 REO SUBSIDIARY-LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV03726
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellant filed an emergency motion asking this court to stay the writ of possession issued in this forcible entry and detainer case. Because appellant did not file the mandatory supersedeas bond as mandated by section 24.007 of the Texas Property Code, this court cannot grant the requested relief. See Tex. Prop.Code Ann. § 24.007; Marshall v. Housing Authority of City of San Antonio, 198 S.W.3d 782, 786-87 (Tex. 2006). Accordingly, we DENY appellant's motion for emergency relief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court